# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER

Phone:(800) 788-7133  Fax:(800) 578-7223

Print Date: September 07, 2020

## FIREARMS TRACE SUMMARY

**Trace Number:** T20200181047  **Request Date:** May 14, 2020  **Completion Date:** May 18, 2020

### FIREARM INFORMATION

KIMBERLY REYNOLDS
CINCINNATI I FIELD OFFICE
550 MAIN STREET, ROOM 8503
CINCINNATI, OH 45202-5226
PHONE: (513) 684-3354 Ext:
FAX (513) 684-6359

**Manufacturer:** HASKELL (MFGR)
**Model:** JHP
**Caliber:** 45
**Serial Number:** X4100751
**Type:** PISTOL
**Country:** UNITED STATES
**Importer:**
**Obliterated:**
**Identifying Marks:**
NIBIN: NCIN201630
**Gang Name:**

Badge No:
Investigation No:

### RECOVERY INFORMATION
**Recovery Date:** 05/12/2020
**Time to Crime:** 4206 days

273 FAIRBANKS AV APT 9
CINCINNATI, OH 45204
**Possessor:** ANDREQIO STEVENS
**DOB:** /1979
**POB:** OH UNITED STATES

### PURCHASER INFORMATION
**Purchase Date:** 11/05/2008
WILLIAM MONTGOMERY HARVEY

**DOB:** 1961
**POB:** MT STERLING, KY UNITED STATES
**Height:** 5 ft 9 in
**Weight:** 180 lbs
**Race:** WHITE
**Sex:** Male
**ID 1:** KY DRIVER'S LICENSE:
**ID 2:** SOCIAL SECURITY:

### DEALER INFORMATION  FFL: 46120514
VINSONS SPORTING GOODS
4966 OWINGSVILLE RD
OWINGSVILLE, KY 40360
**Phone:** (859) 498-6844  Ext:
**Ship-To-Date:** 07/11/2008

Contact the local ATF office for additional information.

### ADMINISTRATIVE INFORMATION

### SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**
MODEL LISTED AS 34510 ON THE 4473 FORM.

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20200181047
**FOR OFFICIAL USE ONLY**

Page 1 of 1