UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 1:20-cr-112 |
| v. | : | Judge Michael R. Barrett |
| ANDREQIO STEVENS, | : | **ORDER DENYING MOTION FOR** |
| Defendant. | : | **SENTENCE REDUCTION** |

This matter is before the Court on what the undersigned will construe as a pro se motion for sentence reduction (pursuant to 18 U.S.C. § 3582(c)(2)) by Defendant Andreqio Stevens.[1] (Doc. 79, docketed 03/04/2024). As explained below, Defendant's motion will be DENIED.

On November 1, 2023, the Sentencing Commission amended § 4A1.1 ("Criminal History Category") of the Guidelines. ("Part A" of "Amendment 821"). Part A, which the Sentencing Commission made retroactive[2] (with an effective date of February 1, 2024) addresses "status points," decreasing them by one point for individuals with seven or more criminal history points and eliminating them for individuals with six or less criminal history points. U.S.S.G. § 4A1.1(e) & cmt. & supp. to app. C. This amendment, however, has no application to the length of Defendant's sentence, who was convicted of possession (by a prohibited person) of a firearm and ammunition in violation of 18 U.S.C. § 922(g)(1). (Docs. 46, 47).[3]

---

[1] Defendant is currently housed at USP Coleman II, with a projected release date of January 13, 2025. "Find an inmate," Federal Bureau of Prisons available at https://www.bop.gov/inmate loc/ (last visited 05/01/2024).

[2] U.S.S.G. § 1B1.10(a)(1)

[3] The undersigned sentenced Defendant to a term of 60 months of imprisonment, with credit for time served, followed by three years of supervised release. (Docs. 57, 59, 62).

According to the Final Presentence Report, Defendant's past criminal convictions resulted in a total criminal history score of 18,[4] which established a Criminal History Category of VI.[5] Pertinent here, no "status points" were added to Defendant's criminal history score. Accordingly, he is not entitled to a reduction under Part A of Amendment 821.

Defendant Andreqio Stevens's pro se motion for sentence reduction (pursuant to 18 U.S.C. § 3582(c)(2)) (Doc. 79) is, therefore, **DENIED**.

**IT IS SO ORDERED.**

/s/ *Michael R. Barrett*
JUDGE MICHAEL R. BARRETT

---

[4] (PSR ¶¶ 95, 96). Initial and final presentence reports are confidential Court documents. S.D. Ohio Crim. R. 32.1(k).

[5] A Criminal History Category of VI is established with "13 or more" Criminal History Points. U.S.S.G. ch.5 pt. A ("Sentencing Table").